**FCB/IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STEVE GARCIA**,                     :
                                      :
              Plaintiff,              :      **Case No. 2:25-CV-00988**
                                      :
       v.                             :
                                      :      CHIEF JUDGE SARAH D. MORRISON
                                      :
**FIRST COMMONWEALTH BANK**,          :
                                      :
              Defendant.              :      MAGISTRATE CHELSEY M. VASCURA
                                      :

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:     First Commonwealth Bank         .

1.  Is Defendant a parent, subsidiary or other affiliate of a publicly owned corporation?

      X    Yes         No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Parent company:  First Commonwealth Financial Corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a substantial financial interest in the outcome of this case?

      Yes    X   No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A.

Respectfully submitted,

*/s/ Jourdan D. Day*
Jourdan D. Day (0092186)
Helen K. Sudhoff (0101259)
Porter, Wright, Morris & Arthur LLP
41 S. High Street, Suite 3000
Columbus, OH 43215-6194
Phone: (614) 227-2000
Fax: (614) 227-2100
jday@porterwright.com
hsudhoff@porterwright.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of September 2025, a true copy of the foregoing *Corporate Disclosure Statement* was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive electronic notice, including:

Gary A. Reeve
Law Offices of Gary A. Reeve
5354 Cemetery Road
Hilliard, OH 43026
greeve@reevelaw.net
*Attorney for Plaintiff*

*/s/ Jourdan D. Day*
*Attorney for Defendant*

26707747.1