# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVE GARCIA | : | |
| Plaintiff | : | CASE NO. 2:25-cv-988 |
| v. | : | JUDGE MORRISON |
| FIRST COMMONWEALTH BANK | : | MAGISTRATE JUDGE VASCURA |
| Defendant | : | |

## PLAINTIFF STEVE GARCIA'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

NOW COMES Plaintiff Steve Garcia, by and through counsel, pursuant to Fed.R.Civ.P. Rule 15 and hereby moves the Court to give him leave to amend his Complaint. Plaintiff's proposed First Amended Complaint is attached to this Motion. Pursuant to the Local Rules, Plaintiff's counsel contacted opposing counsel via e-mail, and opposing counsel stated they would not oppose the proposed Amended Complaint.

Respectfully Submitted,

s/ Gary A. Reeve
Gary A. Reeve (0064872)
Trial Attorney for Plaintiff
Law Offices of Gary A. Reeve
244 Southwood Avenue
Columbus, Ohio 43207
(614) 808-1881

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of Plaintiff's Motion was served upon Defendant's counsel electronically through the ECF system on October 3, 2025.

                                        s/ Gary A. Reeve
                                        Gary A. Reeve