# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST) AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: September 29, 2025

**To:** Steve Garcia
5951 Als Court
Columbus, OH 43213

**Re:** Steve Garcia v. First Commonwealth Bank
EEOC Charge Number: 22A-2025-02850

**EEOC Representative and email:** Jeremy Sells
State, Local, and Tribal Program Manager
jeremy.sells@eeoc.gov

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed. The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) received this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: Richard Burgamy – September 29, 2025
Richard Burgamy
Acting District Director

cc: Director Of Human Resources
601 Philadelphia Street
Indiana, PA 15701

Additional addressees, if applicable:

cc: Gary A Reeve
Law Offices Of Gary A. Reeve
5354 Cemetery Rd
Hilliard, OH 43026