UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE GARCIA,

        Plaintiff,

v.                                Civil Action 2:25-cv-988
                                 Chief Judge Sarah D. Morrison
                                 Magistrate Judge Chelsey M. Vascura

FIRST COMMONWEALTH BANK,

        Defendant.

**ORDER**

    This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint (ECF No. 4). For good cause shown, the Motion (ECF No. 4) is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). The Clerk is **DIRECTED** to file on the docket Plaintiff's First Amended Complaint, attached to the Motion as Exhibit 1 (ECF No. 4-1, 4-2).

    IT IS SO ORDERED.

                                                  /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                  UNITED STATES MAGISTRATE JUDGE