IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN GARCIA | ) | CASE NO.: 2:25-CV-988 |
| | ) | |
| Plaintiff, | ) | JUDGE MORRISON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VASCURA |
| | ) | |
| FIRST COMMONWEALTH BANK | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through undersigned counsel, hereby moves this Honorable Court to substitute Attorney Gary A. Reeve for Attorneys Paul Filippelli and Trisha Breedlove as counsel of record in the above-captioned proceedings effective as of the date of the filing of this Notice. Attorney Gary A. Reeve is no longer the Attorney for Plaintiff.

    Respectfully submitted,

    */s/ Paul Filippelli*
    Paul Filippelli (0097085)
    Trisha Breedlove (0095852)
    **SPITZ, THE EMPLOYEE'S LAW FIRM**
    1103 Schrock Road, Suite 307
    Columbus, Ohio 43229
    Phone: (614) 586-4288
    Fax:    (216) 291-5744
    Email: paul.filippelli@spitzlawfirm.com
    Email:  trisha.breedlove@spitzlawfirm.com

    *Attorneys For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, a copy of the foregoing was filed via the Court's electronic filing system and made available to all parties in this matter.

*/s/ Paul Filippelli*
Paul Filippelli (0097085)