IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE GARCIA, | : | |
| | : | |
| Plaintiff, | : | **Civil Action No. 2:25-CV-00988** |
| | : | |
| v. | : | Chief Judge Sarah D. Morrison |
| | : | |
| FIRST COMMONWEALTH BANK, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |

## RULE 26(f) REPORT OF PARTIES

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on <u>October 31, 2025</u> and was attended by:

<u>Trisha Breedlove and Paul Filippelli</u>, counsel for Plaintiff Steve Garcia, and,

<u>Jourdan D. Day and Helen K. Sudhoff</u>, counsel for Defendant First Commonwealth Bank.

Counsel represents that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. <u>CONSENT TO MAGISTRATE JUDGE</u>

    Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

    _____ Yes     \_\_X\_\_ No

2. <u>INITIAL DISCLOSURES</u>

    Have the parties agreed to make initial disclosures?

    \_\_X\_\_ Yes _____ No   The proceeding is exempt under Rule 26(a)(1)(B)

    If yes, such initial disclosures shall be made by <u>November 17, 2025</u>.

3. <u>VENUE AND JURISDICTION</u>

    Are there any contested issues related to venue or jurisdiction?

    _____ Yes     \_\_X\_\_ No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4. PARTIES AND PLEADINGS

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by November 17, 2025.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by: Not applicable .

5. MOTIONS

   a. Are there any pending motion(s)?

   _____Yes    __X__No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

   _____Yes    __X__No

   If yes, identify the proposed expedited schedule:

   Opposition to be filed by_____; Reply brief to be filed by_____.

6. ISSUES

   Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

   Plaintiff, Steve Garcia, alleges his former employer implemented more frequent performance reviews following his request for an accommodation, implemented a performance improvement plan after Plaintiff returned from FMLA leave, and terminated him after returning from a second FMLA leave period. Plaintiff brings claims for retaliation under the Family Medical Leave Act ("FMLA") and for disability discrimination under R.C. §4112.01 and the Americans With Disabilities Act ("ADA").

   Defendant, First Commonwealth Bank, disputes Plaintiff's claims, his characterization of Defendant's actions, and his purported timeline of events. Defendant denies Plaintiff's

<u>allegations and claims, denies any liability, and denies Plaintiff is entitled to any of the requested relief. Defendant re-asserts the defenses as stated in the Answer.</u>

7. DISCOVERY PROCEDURES

   a. The parties agree that all discovery shall be completed by <u>August 14, 2026</u>. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

   b. Do the parties anticipate the production of ESI? __X__ Yes _____ No

      If yes, describe the protocol for such production:

      <u>Pursuant to Rule 34 of the Federal Rules of Civil Procedure, ESI will be disclosed in paper format, by electronic means, or on a disk in searchable .pdf or .tif format unless otherwise directed by the Court or agreed upon by the parties. The parties have not yet agreed on what ESI is "reasonably accessible" as defined in R. 26(b)(2)(B) but will work in good faith to resolve those issues if/when they arise. When a party serves discovery requests, the parties will, if appropriate, agree upon a procedure to search electronically stored information and produce relevant responsive ESI in accordance with the Federal Rules of Civil Procedure. To minimize the expense, the parties may consider limiting the scope of the electronic search (e.g., timeframes, document types).</u>

   c. Do the parties intend to seek a protective order or clawback agreement? <u>Yes</u>

      If yes, such order or agreement shall be produced to the Court by <u>December 19, 2025</u>.

8. DISPOSITIVE MOTIONS

   a. Any dispositive motions shall be filed by <u>September 18, 2026</u>.

   b. Are the parties requesting expedited briefing on dispositive motions?

      _____Yes   __X__No

   If yes, identify the proposed expedited schedule:

   Opposition to be filed by; Reply brief to be filed by.

9. <u>EXPERT TESTIMONY</u>

   a. Primary expert reports must be produced by <u>see response in 9(c)</u>.

   b. Rebuttal expert reports must be produced by <u>see response in 9(c).</u>

   c. The Parties, in an effort to save costs, request that Expert Discovery is bifurcated from the Discovery procedures in Section 7. If adopted, Primary Expert Reports would be due forty-five (45) days after the Court's ruling on dispositive motions. Rebuttal Expert Reports would be due forty-five (45) days thereafter.

10. <u>SETTLEMENT</u>

    Plaintiff will a make a settlement demand by <u>November 21, 2025</u>. Defendant will respond by <u>December 12, 2025</u>. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:

    <u>April 2026</u>

    In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. <u>RULE 16 PRETRIAL CONFERENCE</u>

    Do the parties request a scheduling conference?

    _____ Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers _____ by telephone.

    <u>  X  </u> No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. <u>OTHER MATTERS</u>

    Indicate any other matters for the Court's consideration: <u>None at this time.       </u>

                                                               Respectfully submitted,

4

<table>
<tr><td>

*/s/ Paul Filippelli*
Paul Filippelli (0097085)
Trisha Breedlove (0095852)
SPITZ, The Employee's Law Firm
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Phone: (614) 586-4288
Fax: (216) 291-5744
Email: paul.filippelli@spitzlawfirm.com
Email: trisha.breedlove@spitzlawfirm.com
*Attorneys for Plaintiff*

</td><td>

*/s/ Jourdan D. Day*
Jourdan D. Day (0092186)
Helen K. Sudhoff, (0101259)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 3000
Columbus, Ohio 43215
Phone: (614) 227-2000
Fax: (614) 227-2100
jday@porterwright.com
hsudhoff@porterwright.com
*Attorneys for Defendant*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing *Rule 26(f) Report of Parties* was filed via this Court's electronic filing system on this 31st day of October 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

> */s/ Jourdan D. Day*
> *Attorney for Defendant*

26823165.2