UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE GARCIA,

    Plaintiff,

  v.                                Civil Action 2:25-cv-988
                                    Chief Judge Sarah D. Morrison
                                    Magistrate Judge Chelsey M. Vascura

FIRST COMMONWEALTH BANK,

    Defendant.

## PRELIMINARY PRETRIAL ORDER

The parties submitted their Rule 26(f) Report on October 31, 2025, and indicated their preference that the Court issue a Preliminary Pretrial Order without a conference. Accordingly, the November 24, 2025 preliminary pretrial conference is **VACATED**.

### Rule 26(a)(1) Initial Disclosures

The parties have agreed to make initial disclosures by **November 17, 2025**.

### Jurisdiction and Venue

There are no contested issues related to venue or jurisdiction.

### Amendments to Pleadings and/or Joinder of Parties

Motions or stipulations addressing the parties or pleadings, if any, must be filed no later than **November 17, 2025**.

### Motions

There are no pending motions.

**Allegations in the Pleadings and Jury Demand**

Plaintiff alleges FMLA retaliation and disability discrimination under the ADA and Ohio law. Defendant denies Plaintiff's allegations and claims and further denies liability.

The Complaint includes a jury demand.

**Expert Disclosures**

Primary expert reports, if any, must be produced **45 days after the Court's ruling on dispositive motions**. Rebuttal expert reports, if any, must be produced **45 days after primary expert reports are produced**.

If an expert is retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony, the witness identification must consist of a report that conforms to Rule 26(a)(2), unless otherwise stipulated or ordered by the Court.

**Discovery Deadline and Limitations**

The parties may, without further leave of Court, agree to exceed the limitations on discovery established by the Federal Rules of Civil Procedure or the Local Rules of this Court. If the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court.

All discovery shall be completed by **August 14, 2026**. For purposes of complying with this Order, the parties must schedule their discovery in such a way as to require all responses to be served prior to the deadline and must also file any motions relating to discovery within the discovery period.

The parties anticipate the production of ESI. Pursuant to Rule 34 of the Federal Rules of Civil Procedure, ESI will be disclosed in paper format, by electronic means, or on a disk in searchable .pdf or .tif format unless otherwise directed by the Court or agreed upon by the

parties. The parties have not yet agreed on what ESI is "reasonably accessible" as defined in R. 26(b)(2)(B) but will work in good faith to resolve those issues if/when they arise. When a party serves discovery requests, the parties will, if appropriate, agree upon a procedure to search electronically stored information and produce relevant responsive ESI in accordance with the Federal Rules of Civil Procedure. To minimize the expense, the parties may consider limiting the scope of the electronic search (e.g., timeframes, document types).

The parties intend to seek entry of a protective order or clawback agreement.

**Dispositive Motions**

Case dispositive motions must be filed by **September 18, 2026**.

**Settlement**

Plaintiff shall make a settlement demand by **November 21, 2025**. Defendants shall respond by **December 12, 2025**. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **April 2026**. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

Referral to court-facilitated mediation has no effect on the case schedule. All deadlines established in this Order will remain in place unless the parties move for and are granted a continuance or stay. In the event the parties schedule a private mediation, they may notify the Court and request to be excused from participation in court-facilitated mediation.

**Other Matters**

Any party intending to seek attorney fees and costs as a prevailing party shall make quarterly reports to the other party disclosing the to-date accrued attorney's fees and costs.

If any date set in this Order falls on a Saturday, Sunday, or legal holiday, the date of the next business day will control.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE