UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN GARCIA, | ) | CASE NO: 2:25-CV-00988 |
| | ) | |
| Plaintiff, | ) | JUDGE: SARAH D. MORRISON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CHELSEY |
| | ) | M. VASCURA |
| FIRST COMMONWEALTH BANK., | ) | |
| | ) | **STIPULATED NOTICE OF** |
| Defendant. | ) | **DISMISSAL** |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed

*with prejudice*. Parties to bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/ Paul Filippelli*
Paul Filippelli (0097085)
SPITZ, THE EMPLOYEE'S LAW FIRM
1103 Schrock Road
Suite 307
Columbus, OH 43229
Phone: (216) 291-4744
Fax: (216) 291-5744
paul.filippelli@spitzlawfirm.com

*Attorney for Plaintiff*

*/s/ Helen K. Sudhoff*
Jourdan D. Day (0092186)
Helen K. Sudhoff, (0101259)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 3000
Columbus, Ohio  43215
Phone: (614) 227-2000
Fax: (614) 227-2100
jday@porterwright.com
hsudhoff@porterwright.com

*Attorneys for Defendant*